IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| MICHAEL HIGGINS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civ. No. 1:20-CV-264-DSC ) |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | ) ) ) ) |
|     Defendant. | ) |

## **ORDER**

Defendant, Andrew M. Saul, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the case for further administrative proceedings. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.  Signed: July 5, 2021

David S. Cayer
United States Magistrate Judge