IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:20-cv-264-DSC

MICHAEL HIGGINS,
      Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
      Defendant.

**ORDER**

This action being submitted to the Court for an order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $22,742.25 for attorney's fees, representing twenty-five percent of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $8,000.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $22,742.25 sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $8,000.00 and upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED**.

Signed: October 5, 2022

David S. Cayer
United States Magistrate Judge